Note.—Reported in 206 N. W. 471.  See, Headnote (1), American Key-Numbered Digest, Appeal and Error, Key-No. 1078(1), 3 C. J. Sec. 1587, 4 C. J. Sec. 3057; (2) Pleading, Key-No. 208, 31 Cyc. 315; (3) Banks and Banking, Key-No. 49(6), 7 C. J. Sec. 110; (4) Pleading, Key-No. 214(1), 31 Cyc. 333; (5) Banks and Bankings, Key-No. 48(1), 7 C. J. Sec. 72; (6) Appeal and Error, Key-No. 843(2), 3 C. J. Sec. 637, Limitation of Actions, 37 C. J. Sec. 709, 720; (7) Banks and Banking, Key-No. 49(5), 7 C. J. Sec. 96.

---

HIRNING, Public Examiner and Superintendent of Banks, Respondent, v. FORSBERG et al, Appellants.

(206 N. W. 475.)

(File Nos. 5793, 5794, 5795, 5796.  Opinion filed December 9, 1925.)

Appeals from Circuit Court, Grant County; Hon. J. J. BATTERTON, Judge.

*Hanten, Hanten & Henrikson,* of Watertown, for Appellants.

*Loucks, Hasche & Foley,* of Watertown, and *Buell F. Jones,* Attorney General ,for Respondent.

MORIARTY, C.  These four cases were grouped with the case of John Hirning, as Superintendent of Banks, v. N. Forsberg and N. A. Dahlberg, 49 S. D. —, 206 N. W. 471, and were submitted to this court upon the same briefs that were filed in the Dahlberg Case.

For all the purposes of adjudicating these appeals, the facts and the questions of law presented in these cases are identical with those of the Dahlberg Case, and these cases are controlled by the decision this day handed down in said Dahlberg Case.

For the reasons given in said decision, the order appealed from in each of the instant cases is hereby affirmed.